UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>Plaintiff<br><br>vs.<br><br>**MST Acquisition Group, LLC**<br><br>Defendant | CIVIL NO. |

## COMPLAINT

The United States of America, on behalf of its Agency, the Department of Treasury, by its specially appointed counsel KML Law Group, P.C., represents as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. 1345.

2. The last-known address of the Defendant, MST Acquisition Group, LLC is 259 Goffle Road, Hawthorne, NJ 07506.

3. Defendant owes Plaintiff the principal sum of $898.21, plus interest of $229.89, plus a penalty in the amount of $204.50, plus the administrative costs in the amount of $480.78, for a total of $1,813.23. A true and correct copy of the Certificate of Indebtedness is attached as Exhibit "A" ("Certificate of Indebtedness").

4. Defendant owes Plaintiff the principal sum of $363.34, plus interest of $1.09, plus a penalty in the amount of $1.09, plus the administrative costs in the amount of $124.36, for a total of $489.88. A true and correct copy of the Certificate of Indebtedness is attached as Exhibit "A" ("Certificate of Indebtedness").

5. Defendant owes Plaintiff the principal sum of $200.00, plus interest of $62.88, plus a penalty in the amount of $55.89, plus the administrative costs in the amount of $115.02, for a total of $433.79. A true and correct copy of the Certificate of Indebtedness is attached as Exhibit "A" ("Certificate of Indebtedness").

6. Defendant owes Plaintiff the principal sum of $3,684.85, plus interest of $1,326.08, plus a penalty in the amount of $1,178.75, plus the administrative costs in the amount of $1,978.14, for a total of $8,167.82. A true and correct copy of the Certificate of Indebtedness is attached as Exhibit "A" ("Certificate of Indebtedness").

7. Defendant owes Plaintiff the principal sum of $3,684.85, plus interest of $1,303.60, plus a penalty in the amount of $1,158.76, plus the administrative costs in the amount of $1,964.57, for a total of $8,111.78. A true and correct copy of the Certificate of Indebtedness is attached as Exhibit "A" ("Certificate of Indebtedness").

8. Demand has been made upon Defendant by Plaintiff for the sum due but the amount due remains unpaid.

WHEREFORE, the plaintiff demands judgment against Defendant as follows;

(A) In the amount of $19,016.50 with interest from April 10, 2019.

(B) Plus filing fee allowed pursuant to 28 U.S.C., Section 1914 in the sum of $150.00.

(C) Interest to accrue to the date of judgment..

(D) Interest from the date of judgment at the legal rate of interest in effect on the date of judgment until paid in full.

(E) Costs of suit.

Notice is hereby given to Defendant that Plaintiff intends to seek satisfaction of any judgment rendered in it favor in this action from any debt accruing.

        United States of America by and through
Its specially assigned counsel
KML Law Group, P.C.

*[signature]*

Rebecca A. Solarz, Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 215-825-6327
RSolarz@kmllawgroup.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　Plaintiff<br><br>vs.<br><br>MST Acquisition Group, LLC<br><br>　　　　　　　Defendant | CIVIL NO. |

# EXHIBITS

# "A"  CERTIFICATE OF INDEBTEDNESS

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
The United States of America

## DEFENDANTS
MST Acquisition Group, LLC
259 Goffle Road
Hawthorne, NJ 07506

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
KML Law Group, P.C. -- Rebecca A. Solarz, Esquire
701 Market Street, Ste 5000, Philadelphia, PA 19106
215-825-6327; RSolarz@kmllawgroup.com

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | |
|---|---|---|
| **X** 1 U.S. Government Plaintiff | 3 Federal Question *(U.S. Government Not a Party)* | |
| 2 U.S. Government Defendant | 4 Diversity *(Indicate Citizenship of Parties in Item III)* | |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                      *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | **X** 1 | Incorporated *or* Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated *and* Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane | 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 400 State Reapportionment |
| 130 Miller Act | 315 Airplane Product Liability | 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | 410 Antitrust |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | 430 Banks and Banking |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | | | 820 Copyrights | 450 Commerce |
| 151 Medicare Act | 340 Marine | 368 Asbestos Personal Injury Product Liability | | 830 Patent | 460 Deportation |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | **PERSONAL PROPERTY** | | 840 Trademark | 470 Racketeer Influenced and Corrupt Organizations |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | 480 Consumer Credit |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 371 Truth in Lending | 710 Fair Labor Standards Act | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 190 Other Contract | 360 Other Personal Injury | 380 Other Personal Property Damage | 720 Labor/Management Relations | 862 Black Lung (923) | 850 Securities/Commodities/ Exchange |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice | 385 Property Damage Product Liability | 740 Railway Labor Act | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| 196 Franchise | | | 751 Family and Medical Leave Act | 864 SSID Title XVI | 891 Agricultural Acts |
| | | | 790 Other Labor Litigation | 865 RSI (405(g)) | 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | 895 Freedom of Information Act |
| 210 Land Condemnation | 440 Other Civil Rights | **Habeas Corpus:** | | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 220 Foreclosure | 441 Voting | 463 Alien Detainee | | 871 IRS—Third Party 26 USC 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 230 Rent Lease & Ejectment | 442 Employment | 510 Motions to Vacate Sentence | | | 950 Constitutionality of State Statutes |
| 240 Torts to Land | 443 Housing/ Accommodations | 530 General | | | |
| 245 Tort Product Liability | 445 Amer. w/Disabilities Employment | 535 Death Penalty | **IMMIGRATION** | | |
| 290 All Other Real Property | 446 Amer. w/Disabilities Other | **Other:** 540 Mandamus & Other | 462 Naturalization Application 465 Other Immigration Actions | | |
| | 448 Education | 550 Civil Rights 555 Prison Condition 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | |
|---|---|---|---|---|---|
| 1 Original Proceeding | 2 Removed from State Court | 3 Remanded from Appellate Court | 4 Reinstated or Reopened | 5 Transferred from Another District *(specify)* | 6 Multidistrict Litigation |

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1345
Brief description of cause:
**Enforced Collections**

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   Yes   **X** No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE   11/27/19

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

ACTING ON BEHALF OF
FEDERAL COMMUNICATIONS COMMISSION
<u>CERTIFICATE OF INDEBTEDNESS</u>

MST Acquisition Group, LLC
259 Goffle Road
Hawthorne, NJ 07506
**EIN:** ▮▮▮▮▮▮▮

**Agency Nos.:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I hereby certify, as part of my duties with the U.S. Department of the Treasury (Treasury), including referring matters to the U.S. Department of Justice (DOJ) for litigation, I am a custodian of records of certain files sent by the Federal Communications Commission (FCC) to Treasury for collection actions. As a custodian of records for Treasury, I have care and custody of records relating to the five (5) owed by MST Acquisition Group, LLC, (DEBTOR) to FCC.

The information contained in this Certificate of Indebtedness is based on documents created by an employee or contractor of FCC based on his/her knowledge at or near the time the events were recorded, including the review of the delinquency of overpayments, or by an employee or contractor of Treasury based on his/her knowledge at or near the time the events were recorded, including the review of the delinquency of overpayments. Treasury's regular business practice is to receive, store and rely on the documents provided by FCC, when, debts are referred to Treasury for collection activities, including litigation.

FCC referred the claims to Treasury's Bureau of the Fiscal Service, Debt Management Services (DMS) for litigation and collection between March 26, 2014 – December 5, 2014. Further, I certify that I am familiar with Treasury's record keeping practices, including the receipt of files from FCC.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ - **Case #1**
On November 15, 2013, FCC determined the DEBTOR was delinquent for regulatory fees for fiscal year 2012 - 2013 in the amount of $9,212.46 with an annual interest rate of 6.75% and an annual penalty rate of 6.00%. FCC sent the DEBTOR letters advising of the delinquency and requesting payment to no avail.

On March 28, 2019, DMS referred the claim to DOJ for litigation and collection in the amount due of $898.21 with daily interest of $0.17 and daily penalty of $0.15.  As of April 10, 2019, the DEBTOR is indebted to the United States in the amounts stated as follows:

|  |  |
|---|---|
| Principal: | $ 898.21 |
| Interest (@6.75%): | $ 229.89 |
| Penalty (@6.00%): | $ 204.35 |
| Administrative Costs: | $ 480.78 |
| **Total:** | **$ 1,813.23** |

1



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

ACTING ON BEHALF OF
FEDERAL COMMUNICATIONS COMMISSION
<u>CERTIFICATE OF INDEBTEDNESS</u>

███████████████████ **– Case #2**

On November 29, 2013, FCC determined the DEBTOR was delinquent for regulatory fees for fiscal year 2012 - 2013 in the amount of $1,596.71 with an annual interest rate of 0.06% and an annual penalty rate of 0.06%. FCC sent the DEBTOR letters advising of the delinquency and requesting payment to no avail.

On March 28, 2019, DMS referred the claim to DOJ for litigation and collection in the amount due of $363.34 with daily interest of $0.06 and daily penalty of $0.06.  As of April 10, 2019, the DEBTOR is indebted to the United States in the amounts stated as follows:

| | |
|---|---|
| Principal: | $ 363.34 |
| Interest (@0.06%): | $    1.09 |
| Penalty (@0.06%): | $    1.09 |
| Administrative Costs: | $ 124.36 |
| **Total:** | **$ 489.88** |

███████████████████ **– Case #3**

On July 15, 2014, FCC determined the DEBTOR was delinquent for regulatory fees for fiscal year 2012 - 2013 in the amount of $204.00 with an annual interest rate of 6.00% and an annual penalty rate of 6.00%. FCC sent the DEBTOR letters advising of the delinquency and requesting payment to no avail.

On March 28, 2019, DMS referred the claim to DOJ for litigation and collection in the amount due of $200.00 with daily interest of $0.03 and daily penalty of $0.03.  As of April 10, 2019, the DEBTOR is indebted to the United States in the amounts stated as follows:

| | |
|---|---|
| Principal: | $ 200.00 |
| Interest (@6.75%): | $   62.88 |
| Penalty (@6.00%): | $   55.89 |
| Administrative Costs: | $ 115.02 |
| **Total:** | **$ 433.79** |



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

ACTING ON BEHALF OF
FEDERAL COMMUNICATIONS COMMISSION
<u>CERTIFICATE OF INDEBTEDNESS</u>

██████████████████ – **Case #4**

On December 16, 2013, FCC determined the DEBTOR was delinquent for regulatory fees for fiscal year 2012 - 2013 in the amount of $3,684.85 with an annual interest rate of 6.75% and an annual penalty rate of 6.00%. FCC sent the DEBTOR letters advising of the delinquency and requesting payment to no avail.

On March 28, 2019, DMS referred the claim to DOJ for litigation and collection in the amount due of $3,684.85 with daily interest of $0.68 and daily penalty of $0.61. As of April 10, 2019, the DEBTOR is indebted to the United States in the amounts stated as follows:

|  |  |
|---|---|
| Principal: | $ 3,684.85 |
| Interest (@6.75%): | $ 1,326.08 |
| Penalty (@6.00%): | $ 1,178.75 |
| Administrative Costs: | $ 1,978.14 |
| **Total:** | **$ 8,167.82** |

██████████████████ – **Case #5**

On January 16, 2014, FCC determined the DEBTOR was delinquent for regulatory fees for fiscal year 2012 - 2013 in the amount of $3,684.85 with an annual interest rate of 6.75% and an annual penalty rate of 6.00%. FCC sent the DEBTOR letters advising of the delinquency and requesting payment to no avail.

On March 28, 2019, DMS referred the claim to DOJ for litigation and collection in the amount due of $3,684.85 with daily interest of $0.68 and daily penalty of $0.61. As of April 10, 2019, the DEBTOR is indebted to the United States in the amounts stated as follows:

|  |  |
|---|---|
| Principal: | $ 3,684.85 |
| Interest (@6.75%): | $ 1,303.60 |
| Penalty (@6.00%): | $ 1,158.76 |
| Administrative Costs: | $ 1,964.57 |
| **Total:** | **$ 8,111.78** |



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

ACTING ON BEHALF OF
FEDERAL COMMUNICATIONS COMMISSION
<u>CERTIFICATE OF INDEBTEDNESS</u>

The balances stated in the case(s) listed above are current as of April 10, 2019, including any applicable interest, penalties, administrative fees, and DMS & DOJ fees (pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note).

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the FCC and information contained in Treasury's records.

X _Ashleigh Edmonds_
April 10, 2019

Signed by: Ashleigh N. Edmonds
Ashleigh Edmonds
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service